SCOTT N. JOHNSON, ESQ., SBN 166952
Law Offices of SCOTT N. JOHNSON
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>     Plaintiff,<br><br>vs.<br><br>Janice A. Bedrosian; Mark Monas and Jodi Monas, each Individually and each d/b/a The Floor Store; and DOES 1 through 10, inclusive,<br><br>     Defendants | Case No.: CIV.S 06-00444-GEB-PAN (JFM)<br><br>**STIPULATION AND ORDER RE REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS** |

TO THE COURT AND ALL PARTIES:

The parties in this matter have settled this case. The Court ordered all dispositional documents to be filed by June 15, 2006. Plaintiff's Counsel respectfully requests an extension until July 25, 2006 to file dispositional documents due to the fact that Plaintiff's Counsel has been hospitalized.

PDF created with pdfFactory trial version www.pdffactory.com

1  Dated: June 28, 2006

2                                            LAW OFFICES OF SCOTT N. JOHNSON

/s/Scott N. Johnson
SCOTT N. JOHNSON
Plaintiff, In Pro Per

**ORDER**

IT IS HEREBY ORDERED THAT dispositional documents shall be filed no later than July 25, 2006

DATED: June 30, 2006

                                          /s/ Garland E. Burrell, Jr.

GARLAND E. BURRELL, JR.
United States District Judge

STIPULATION AND ORDER RE REQUEST FOR EXTENSION
CIV: S-06-00444-GEB-PAN (JFM)

PDF created with pdfFactory trial version www.pdffactory.com