IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

            Plaintiff,

    v.

JANICE A. BEDROSIAN; MARK MONAS, d/b/a The Floor Store; and JODI MONAS, d/b/a The Floor Store,

            Defendants.

2:06-cv-444-GEB-PAN(JFM)

ORDER OF DISMISSAL

        Plaintiff filed a Notice of Settlement on May 26, 2006, in which he represented that this case had settled and a dispositional document would be filed within 20 days.  on May 30, 2006, an Order issued ("May 30 Order") granting the parties until June 15, 2006,[1] to file a dispositional document and warned that "[f]ailure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed."  The May 30 Order also continued the Status Conference to August 14, 2006, in the event the action did not settle, and instructed the parties to file a joint status report "fourteen days prior to the status conference."

---

[1] This date was twenty days from the date on which Plaintiff filed his Notice of Settlement, so Plaintiff was provided the twenty days he requested.

1   On June 28, 2006, Plaintiff filed a request for an
2 extension of time to file the dispositional document because he had
3 been hospitalized.  An Order issued granting Plaintiff's request
4 that extended the deadline to July 25, 2006.  To date, neither a
5 dispositional document nor a joint status report has been filed.
6   Since Plaintiff has represented that this action is
7 settled and has not provided reason why this action should continue
8 pending, this action is dismissed without prejudice.
9   IT IS SO ORDERED.
10 Dated:  August 1, 2006

                                /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
                                United States District Judge